# IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISBARMENT OF NOEL PALMER SIMPSON, BAR NO. 9642.

No. 78037

FILED

FEB 22 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
CHIEF DEPUTY CLERK

## *ORDER OF DISBARMENT*

The Southern Nevada Disciplinary Board has filed, under SCR 112, a petition for attorney Noel Palmer Simpson's disbarment by consent. The petition is supported by Simpson's affidavit, stating that she freely and voluntarily consents to disbarment, after having had the opportunity to consult with counsel. Simpson acknowledges in the affidavit that she has violated RPC 8.4(b), which provides that it is professional misconduct for a lawyer to "[c]ommit a criminal act that reflects adversely on the lawyer's honesty, trustworthiness or fitness as a lawyer in other respects." The criminal act at issue involves Simpson's guilty plea to one count of exploitation of an older or vulnerable person in violation of NRS 200.5092, a category B felony. Simpson admits that she could not successfully defend against a disciplinary complaint.

SCR 112 provides that an attorney who is the subject of a proceeding involving allegations of misconduct may consent to disbarment by delivering an affidavit to bar counsel, who must file it with this court. Simpson's affidavit meets the requirements of SCR 112(1), and we conclude that the petition should be granted. Accordingly, Noel Palmer Simpson is

19-08281

disbarred. The provisions of SCR 115 and SCR 121.1 governing notice and publication of orders of disbarment shall apply to this order.

It is so ORDERED.

_____, C.J.
Gibbons

_____, J.
Pickering

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

_____, J.
Cadish

_____, J.
Silver

cc:  Chair, Southern Nevada Disciplinary Board
     Bar Counsel, State Bar of Nevada
     William B. Terry, Chartered
     Executive Director, State Bar of Nevada
     Admissions Office, United States Supreme Court